UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBLOX CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WOWWEE GROUP LIMITED, et al.,<br><br>    Defendants. | Case No. 22-cv-04476-SI<br><br>**ORDER FOR FURTHER BRIEFING** |

The Court hereby requests the parties submit further briefing no later than Thursday, December 8, on the following issue.

Defendants argue that plaintiffs' contract and interference claims are subject to arbitration pursuant to the arbitration clause in the Roblox Terms of Use. Dkt. No. 45 at 30. The arbitration clause includes exceptions for various "claims and actions" but does not define either "claims" or "actions." Dkt. No. 36-1 at 23, 79–83. Provision 16(d)(xiii)(ii) of the arbitration clause exempts "**claims** for infringement of patent, copyright, trademark or trade secret rights"; Provision 16(d)(xiii)(iii) exempts "**actions** seeking only injunctive relief and no award of attorneys' fees or costs." The First Amended Complaint involves both claims for violation of intellectual property statutes, for which plaintiffs seek damages, and claims for breach of contract for which they seek only injunctive relief. The parties are requested to brief the meaning of the words "actions" and "claims" in this provision. Specifically, the parties should address whether the use of the word "actions" rather than "claims" in subsection (iii) means the subsection does not apply to claims seeking only injunctive relief when other claims in the complaint seek damages for intellectual property violations.

**IT IS SO ORDERED**.

Dated: December 2, 2022

_____
SUSAN ILLSTON
United States District Judge