UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBLOX CORPORATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WOWWEE GROUP LIMITED, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-04476-SI<br><br>**REQUEST FOR FURTHER BRIEFING** |

Defendants' motion to dismiss includes arguments that some of plaintiffs' claims are subject to arbitration. Dkt. No. 45. On December 16, 2022, the Court held a hearing on the motion to dismiss, including the request to compel arbitration. Dkt. No. 58. At that hearing, plaintiffs raised for the first time the argument that the arbitration clause in the Roblox Terms of Use does not apply to the defendants located outside the United States. *See id.* The parties are directed to submit supplemental briefing on this issue by Wednesday, January 25, 2023.

**IT IS SO ORDERED**.

Dated: January 19, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　United States District Judge