LATHAM & WATKINS LLP
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Sarah M. Ray (Bar No. 229670)
    sarah.ray@lw.com
  Ivana Dukanovic (Bar No. 312937)
    ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

  Elana Nightingale Dawson (*pro hac vice*)
    elana.nightingaledawson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.2200

*Attorneys for Plaintiffs Roblox Corporation and Jazwares, LLC*

*Counsel continued on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBLOX CORPORATION and JAZWARES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WOWWEE GROUP LIMITED, WOWWEE CANADA, INC., WOWWEE USA, INC., and GRAMPS GOODS, INC.,<br><br>Defendants. | Case No. 3:22-cv-04476-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULING** |

1 | WINSTON & STRAWN LLP
Michael S. Elkin (admitted *Pro Hac Vice*)
2 | MElkin@winston.com
200 Park Avenue
3 | New York, NY 10166-4193
Telephone: (212) 294-6700
4 |
Jennifer A. Golinveaux (SBN: 203056)
5 | JGolinveaux@winston.com
Cesie C. Alvarez (admitted *Pro Hac Vice*)
6 | CAlvarez@winston.com
101 California Street, 35th Floor
7 | San Francisco, CA 94111-5840
Telephone: (415) 591-1000
8 |
Erin Ranahan (SBN: 235286)
9 | ERanahan@winston.com
333 South Grand Avenue, 38th Floor
10 | Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
11 |
BEDNAREK LEGAL, PLLC
12 | Michael D. Bednarek (admitted *Pro Hac Vice*)
michael@bednareklegal.com
13 | 1100 N. Glebe Road, Suite 1010
Arlington, VA 22201
14 | Telephone: (202) 997-1665

15 | *Attorneys for Defendants*
*WowWee GROUP LIMITED, WowWee*
16 | *CANADA, INC., WowWee USA, INC.,*
*and GRAMPS GOODS, INC.*

Pursuant to the Court's order at and following the Initial Case Management Conference held via Zoom webinar on April 28, 2023 (Dkt. No. 79), Plaintiffs Roblox Corporation and Jazwares, LLC ("Plaintiffs") and Defendants WowWee Group Limited, WowWee Canada, Inc., WowWee USA, Inc., and Gramps Goods, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, on April 21, 2023, the Parties filed their Joint Case Management Statement that contained Plaintiffs' and Defendants' proposed pretrial schedules (Dkt. No. 77 at 9–10);

WHEREAS, on May 1, 2023, following the Initial Case Management Conference on April 28, 2023, the Court set pretrial scheduling dates for the filing of dispositive and *Daubert* motions; the oppositions, replies, and hearing for those motions; the pretrial paperwork; the final pretrial conference; jury selection; and trial (Dkt. No. 79);

WHEREAS, the Court ordered the parties to "file a stipulation and proposed Order for the remaining balance of pretrial scheduling" (Dkt. No. 79);

WHEREAS, the Parties have conferred and agreed upon the following dates for the remaining balance of the pretrial schedule;

| EVENT | DEADLINE |
|---|---|
| Close of Fact Discovery | Wednesday, September 13, 2023 |
| Opening Expert Disclosure and Report (on issues where a party bears the burden) | Wednesday, October 4, 2023 |
| Rebuttal Expert Reports | Friday, October 20, 2023 |
| Close of Expert Discovery | Wednesday, November 8, 2023 |

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** between Plaintiffs, by their undersigned counsel, and Defendants, by their undersigned counsel, that the Court shall adopt the pretrial schedule outlined above.

1  Dated: May 5, 2023

2  LATHAM & WATKINS LLP

3  By: /s/ *Andrew M. Gass*
    Andrew M. Gass (Bar No. 259694)
4        andrew.gass@lw.com
    Sarah M. Ray (Bar No. 229670)
5        sarah.ray@lw.com
    Ivana Dukanovic (Bar No. 312937)
6        ivana.dukanovic@lw.com
    505 Montgomery Street, Suite 2000
7      San Francisco, California 94111
    Telephone: +1.415.391.0600
8
    Elana Nightingale Dawson (*pro hac vice*)
9        elana.nightingaledawson@lw.com
    Tyce R. Walters (*pro hac vice*)
10       tyce.walters@lw.com
    555 Eleventh Street, NW, Suite 1000
11     Washington, DC 20004
    Telephone: +1.202.637.2200
12
*Attorneys for Plaintiffs Roblox*
13 *Corporation and Jazwares, LLC*

WINSTON & STRAWN LLP

By: /s/ *Jennifer A. Golinveaux*
    Michael S. Elkin
    (*admitted Pro Hac Vice*)
      MElkin@winston.com
    WINSTON & STRAWN LLP
    200 Park Avenue
    New York, NY 10166-4193
    Telephone: (212) 294-6700
    Facsimile: (212) 294-4700

    Jennifer A. Golinveaux
    (SBN: 203056)
      JGolinveaux@winston.com
    Cesie C. Alvarez
    (*admitted Pro Hac Vice*)
      CAlvarez@winston.com
    WINSTON & STRAWN LLP
    101 California Street, 35th Fl.
    San Francisco, CA 94111-5840
    Telephone: (415) 591-1000
    Facsimile: (415) 591-1400

    Erin Ranahan (SBN: 235286)
      ERanahan@winston.com
    WINSTON & STRAWN LLP
    333 South Grand Ave., 38th Fl.
    Los Angeles, CA 90071-1543
    Telephone: (213) 615-1700
    Facsimile: (213) 615-1750

    Michael D. Bednarek
    (*admitted Pro Hac Vice*)
      michael@bednareklegal.com
    BEDNAREK LEGAL, PLLC
    1100 N. Glebe Road, Suite 1010
    Arlington, VA 22201
    Telephone: (202) 997-1665
    Facsimile: (703) 224-8001

*Attorneys for Defendants WowWee GROUP LIMITED, WowWee CANADA, INC., WowWee USA, INC., and GRAMPS GOODS, INC.*

2

JOINT STIPULATION REGARDING
PRETRIAL SCHEDULING
CASE NO. 3:22-cv-04476-SI

# [PROPOSED] ORDER

Having read and considered the Joint Stipulation Regarding Pretrial Scheduling, the Stipulation is approved. The Court orders that the remaining balance of the pretrial schedule is as follows:

| EVENT | DEADLINE |
|---|---|
| Close of Fact Discovery | Wednesday, September 13, 2023 |
| Opening Expert Disclosure and Report (on issues where a party bears the burden) | Wednesday, October 4, 2023 |
| Rebuttal Expert Reports | Friday, October 20, 2023 |
| Close of Expert Discovery | Wednesday, November 8, 2023 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Susan Illston
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

I, Andrew M. Gass, am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation and [Proposed] Order Regarding Pretrial Scheduling. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: May 5, 2023                    LATHAM & WATKINS LLP

                                      By: /s/ *Andrew M. Gass*
                                          Andrew M. Gass (Bar No. 259694)


                                      *Attorney for Plaintiffs Roblox Corporation and Jazwares, LLC*