UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBLOX CORPORATION, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>WOWWEE GROUP LIMITED, et al.,<br><br>        Defendants. | Case No. 22-cv-04476-SI<br><br>**ORDER RE SEPTEMBER 14, 2023 DISCOVERY DISPUTE LETTER** |

Before the Court is a letter brief concerning discovery disputes, which was filed on September 14, 2023. Dkt. No. 118-2. It appears the issues raised in this letter were raised somewhat prematurely, as the referenced discovery remains ongoing.

Accordingly, the Court directs the parties meet and confer and send an updated letter regarding any remaining discovery disputes shortly before the October 20, 2023 status conference.

**IT IS SO ORDERED**.

Dated: September 15, 2023

SUSAN ILLSTON
United States District Judge