LATHAM & WATKINS LLP
  Andrew M. Gass (Bar No. 259694)
   andrew.gass@lw.com
  Sarah M. Ray (Bar No. 229670)
   sarah.ray@lw.com
  Ivana Dukanovic (Bar No. 312937)
   ivana.dukanovi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

  Elana Nightingale Dawson (*pro hac vice*)
   elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.2200

  Allison S. Blanco (Bar No. 287554)
   allison.blanco@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: +1.213.485.1234

*Attorneys for Plaintiffs Roblox Corporation and Jazwares, LLC*

*Counsel continued on next page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBLOX CORPORATION and JAZWARES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WOWWEE GROUP LIMITED, WOWWEE CANADA, INC., WOWWEE USA, INC., and GRAMPS GOODS, INC., <br><br> Defendants. | Case No. 3:22-cv-04476-SI <br><br> **JOINT STIPULATION TO DISMISS ACTION AS TO PLAINTIFF JAZWARES, LLC** |

```
 1  WINSTON & STRAWN LLP
    Jennifer A. Golinveaux (SBN: 203056)
 2  JGolinveaux@winston.com
    Thomas J. Kearney (SBN 267087)
 3  TKearney@winston.com
    WINSTON & STRAWN LLP
 4  101 California Street, 35th Floor
    San Francisco, CA 94111-5840
 5  Telephone:    (415) 591-1000

 6  Michael S. Elkin (admitted pro hac vice)
    MElkin@winston.com
 7  WINSTON & STRAWN LLP
    200 Park Avenue
 8  New York, NY 10166-4193
    Telephone:    (212) 294-6700
 9  Facsimile:    (212) 294-4700

10  Diana Hughes Leiden (SBN: 267606)
    DHLeiden@winston.com
11  WINSTON & STRAWN LLP
    333 South Grand Avenue, 38th Floor
12  Los Angeles, CA 90071-1543
    Telephone:    (213) 615-1700
13
    Michael D. Bednarek (admitted pro hac vice)
14  michael@bednareklegal.com
    BEDNAREK LEGAL, PLLC
15  1100 N. Glebe Road, Suite 1010
    Arlington, VA 22201
16  Telephone:    (202) 997-1665
    Facsimile:    (703) 224-8001
17
    Attorneys for Defendants
18  WowWee GROUP LIMITED, WowWee
    CANADA, INC., WowWee USA, INC.,
19  and GRAMPS GOODS, INC.

20

21

22

23

24

25

26

27

28
```

Plaintiffs Roblox Corporation and Jazwares, LLC ("Plaintiffs") and Defendants WowWee Group Limited, WowWee Canada, Inc., WowWee USA, Inc., and Gramps Goods, Inc. ("Defendants") (collectively, the "Parties") jointly stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(2), and/or any other Federal Rule of Civil Procedure that may apply, to the dismissal by Plaintiff Jazwares, LLC with prejudice of all claims brought by Jazwares, LLC against all Defendants. As between Plaintiff Jazwares, LLC and Defendants WowWee Group Limited, WowWee Canada, Inc., WowWee USA, Inc., and Gramps Goods, Inc., the parties shall bear their own fees and costs.

The Parties further stipulate that Jazwares hereby agrees to accept service of one third party deposition subpoena from Defendants and to provide such deposition no later than October 13, 2023; that Defendants and Jazwares shall meet and confer to determine what additional outstanding discovery is needed from Jazwares in light of Plaintiff Roblox's claims related to the Jazwares minifigures remaining in the case and that Defendants need not re-serve already served written discovery on Jazwares; and that this Court shall retain jurisdiction to decide any remaining discovery disputes related to Defendants' discovery to Jazwares.

Dated: September 27, 2023

| | |
|---|---|
| LATHAM & WATKINS LLP | WINSTON & STRAWN LLP |
| By: /s/ *Andrew M. Gass* | By: /s/ *Jennifer A. Golinveaux* |

    Andrew M. Gass (Bar No. 259694)
      andrew.gass@lw.com
    Sarah M. Ray (Bar No. 229670)
      sarah.ray@lw.com
    Ivana Dukanovic (Bar No. 312937)
      ivana.dukanovic@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, California 94111
    Telephone: +1.415.391.0600

    Elana Nightingale Dawson (*pro hac vice*)
      elana.nightingaledawson@lw.com
    555 Eleventh Street, NW, Suite 1000
    Washington, DC 20004f
    Telephone: +1.202.637.2200

    Allison S. Blanco (Bar No. 287554)
      allison.blanco@lw.com
    355 South Grand Avenue, Suite 100
    Los Angeles, California 90071
    Telephone:  +1.213.485.1234

*Attorneys for Plaintiffs Roblox Corporation and Jazwares, LLC*

---

Jennifer A. Golinveaux
(SBN: 203056)
  JGolinveaux@winston.com
Thomas J. Kearney (SBN 267087)
  TKearney@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000

Michael S. Elkin
(admitted *pro hac vice*)
  MElkin@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Diana Hughes Leiden
(SBN: 267606)
  DHLeiden@winston.com
WINSTON & STRAWN LLP
333 South Grand Ave., 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700

Michael D. Bednarek
(*admitted Pro Hac Vice*)
  michael@bednareklegal.com
BEDNAREK LEGAL, PLLC
1100 N. Glebe Road, Suite 1010
Arlington, VA 22201
Telephone: (202) 997-1665
Facsimile: (703) 224-8001

*Attorneys for Defendants WowWee GROUP LIMITED, WowWee CANADA, INC., WowWee USA, INC., and GRAMPS GOODS, INC.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:     September 27, 2023

The Honorable Susan Y. Illston
United States District Court Judge

**ATTESTATION**

I, Andrew M. Gass, am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation to Dismiss Action as to Plaintiff Jazwares, LLC. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: September 27, 2023

LATHAM & WATKINS LLP

By: /s/ *Andrew M. Gass*
    Andrew M. Gass (Bar No. 259694)

*Attorney for Plaintiffs Roblox Corporation and Jazwares, LLC*