UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>     Plaintiff,<br><br>     v.<br><br>WOWWEE GROUP LIMITED, et al.,<br><br>     Defendants. | Case No. 22-cv-04476-SI<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION OF PART OF ORDER ON MOTION TO DISMISS (DKT. NO. 69)**<br><br>Re: Dkt. No. 123 |

Before the Court is plaintiff Roblox Corporation's motion for reconsideration of part of order on motion to dismiss (Dkt. No. 69). In accordance with the discussion before the Court on October 20, 2023, part of the prior dismissal order, pertaining to claims based on the Avatar Bases, is reconsidered and amended as follows. *See* Dkt. No. 69, at 7-8 (lines 15-28 on page 7 and lines 1-12 on page 8). In accordance with the intervening Ninth Circuit decision in *Enterprise Management Ltd., Inc. v. Construx Software Builders, Inc.*, 73 F.4th 1048 (9th Cir. 2023), Roblox may claim that copyrightable elements of the Avatar Bases that were included in the registered derivative works—the Cindy, Kenneth, Dennis, and Lindsey digital avatars—were infringed.

**IT IS SO ORDERED**.

Dated: October 20, 2023

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California