UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMEFAM, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WOWWEE GROUP LIMITED, et al.,<br><br>    Defendants. | Case No. 23-mc-80310-SI<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 1 |

Before the Court is Gamefam, Inc.'s motion for reimbursement of significant expenses incurred in responding to a July 14, 2023 subpoena issued in Case No. 3:22-cv-04476-SI. Dkt. No. 1. The Court issues the order set forth below to set a briefing schedule for this motion. The Court will schedule a hearing on the motion if deemed necessary after receiving the complete briefing.

WowWee's response to Gamefam's motion due by **January 12, 2024.**

Gamefam's reply due by **January 26, 2024.**

**IT IS SO ORDERED**.

Dated: December 5, 2023

                                                                       SUSAN ILLSTON<br>
                                                                       United States District Judge