Michael S. Elkin (admitted *pro hac vice*)
MElkin@winston.com
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700

Jennifer A. Golinveaux (SBN: 203056)
JGolinveaux@winston.com
Thomas J. Kearney (SBN: 267087)
TKearney@winston.com
Winston & Strawn LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700

Michael D. Bednarek (admitted *pro hac vice*)
michael@bednareklegal.com
Bednarek Legal, PLLC
1100 N. Glebe Road, Suite 1010
Arlington, VA 22201
Telephone: (202) 997-1665

Attorneys for Defendants
WOWWEE GROUP LIMITED, WOWWEE CANADA, INC., WOWWEE USA, INC., and GRAMPS GOODS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ROBLOX CORPORATION,

Plaintiff,

vs.

WOWWEE GROUP LIMITED, et al.,

Defendants.

Case No. 3:22-cv-04476-SI

Hon. Susan Illston

**OMNIBUS DECLARATION OF DIANA HUGHES LEIDEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE EXPERT OPINIONS AND TESTIMONY**

I, Diana Hughes Leiden, declare as follows:

1.  I am a partner at Winston & Strawn LLP, and counsel for WowWee Group Limited, WowWee Canada, Inc., WowWee USA, Inc., and Gramps Goods, Inc. ("Defendants" or "WowWee"). I make this declaration based on my personal knowledge in support of WowWee's Motion for Summary Judgment, Motion to Exclude the Testimony of Dr. (Michel) Tuan Pham, Motion to Exclude the Testimony of Dr. Bruce Isaacson, and Motion to Exclude the Testimony of Blake B. Inglish, in the above captioned matter. If called upon to do so, I could and would testify competently to the facts set forth herein.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of a key term sheet produced by third party Gamefam Inc. in this matter in response to a document subpoena, bearing Bates Nos. GF000017 through GF000028. This document was previously introduced as Plaintiff's Ex. 158 at the 30(b)(6) deposition of WowWee through its corporate designee Richard Yanofsky. The document was authenticated by Richard Yanofsky at his deposition (Exhibit 66 at 142:21-143:3).

3.  Attached hereto as **Exhibit 2** is a true and correct copy of a proposal document produced by WowWee in this matter bearing Bates No. WOWWEE-00004469. This document was previously introduced as Defendants' Ex. 111 at the 30(b)(6) deposition of Gamefam through its corporate designee Ricardo Briceno. The document was authenticated by Ricardo Briceno at his deposition (Exhibit 4 at 92:5-92:15).

4.  Attached hereto as **Exhibit 3** is a true and correct copy of a presentation produced by WowWee in this matter bearing Bates Nos. WOWWEE-00029704 through WOWWEE-00029730. This document was previously introduced as Defendants' Ex. 105 at the 30(b)(6) deposition of Gamefam through its corporate designee Ricardo Briceno. The document was authenticated by Ricardo Briceno at his deposition (Exhibit 4 at 58:1–4).

5.  Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the October 11, 2023 30(b)(6) deposition of Gamefam through its corporate designee Ricardo Briceno.

6. **Exhibit 5** is intentionally omitted.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a June 18, 2022 email from a Roblox email account to other Roblox email accounts produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00076612 through ROBLOX-AVASTARS-00076615.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a shot of a text message from Sydney Wiseman to Joseph Ferencz produced by WowWee in this matter bearing Bates Nos. WOWWEE-00029761 through WOWWEE-00029773. This document was previously introduced as Defendants' Ex. 119 at the 30(b)(6) deposition of Gamefam Inc. through its corporate designee Ricardo Briceno. The document was authenticated by Ricardo Briceno at his deposition (Exhibit 4 at 135:14–135:21).

9. Attached hereto as **Exhibit 8** is a true and correct copy of a printout of the June 22, 2022 Roblox Terms of Use captured by the Internet Archive and produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00065610 through ROBLOX-AVASTARS-00065668. A copy of this document was also attached to Roblox's original complaint. Dkt. 1-1. This document was previously introduced as Defendants' Ex. 155 at the deposition of Christian Bayley. The document was authenticated by Nathaniel E. Frank White of the Internet Archive (Ex. 31).

10. Attached hereto as **Exhibit 9** is a true and correct copy of a printout of the April 6, 2022 Roblox Terms of Use captured by the Internet Archive and produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00000119 through ROBLOX-AVASTARS-00000143. This document was previously introduced as Defendants' Ex. 210 at the 30(b)(6) deposition of Roblox through its corporate designee Christina Wootton. The document was authenticated by Nathaniel E. Frank White of the Internet Archive (Ex. 31).

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the transcript of the October 26, 2023 30(b)(6) deposition of Roblox through its corporate designee Christina Wootton.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the transcript of the November 8, 2023 deposition of Adam Fairless.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a June 28, 2022 email from Teddy Bruni produced by WowWee in this matter bearing Bates Nos. WOWWEE-00001148 through

2

OMNIBUS DECL. OF DIANA HUGHES LEIDEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE CASE NO. 3:22-CV-04476-SI

WOWWEE-00001150. The document was authenticated by Richard Yanofsky in his concurrently-filed declaration (R. Yanofsky Decl. ¶ 5).

14. Attached hereto as **Exhibit 13** is a true and correct copy of a July 8, 2022 cease and desist letter from Latham & Watkins produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00000973 through ROBLOX-AVASTARS-00000976.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a July 12, 2022 email from Joseph Ferencz produced by WowWee in this matter bearing Bates No. WOWWEE-00001284. This document was previously introduced as Defendants' Ex. 122 at the 30(b)(6) deposition of Gamefam through its corporate designee Ricardo Briceno. The document was authenticated by Richard Yanofsky in his concurrently-filed declaration (R. Yanofsky Decl. ¶ 6).

16. **Exhibit 15** is intentionally omitted.

17. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the transcript of the October 24, 2023 deposition of Jessica Kalichman.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a July 18, 2022 cease and desist letter from Latham & Watkins to Walmart produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00001075 through ROBLOX-AVASTARS-00001079.

19. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of the transcript of the October 9, 2023 30(b)(6) deposition of WowWee through its corporate designee Sydney Wiseman.

20. Attached hereto as **Exhibit 19** is a true and correct copy of a July 20, 2022 letter from Jason Drangel to Roblox's counsel Paul T. Llewlyn produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00000961 through ROBLOX-AVASTARS-00000968.

21. Attached hereto as **Exhibit 20** is a true and correct copy of an August 3, 2022 WowWee media statement produced by WowWee in this matter bearing Bates Nos. WOWWEE-00004026 through WOWWEE-00004028. The document was authenticated by Richard Yanofsky in his concurrently-filed declaration (R. Yanofsky Decl. ¶ 7).

22. **Exhibit 21** is intentionally omitted.

23. **Exhibit 22** is intentionally omitted.

24. Attached hereto as **Exhibit 23** is a true and correct copy of a March 21, 2022 email from Jessica Kalichman and an attachment to that email produced by WowWee in this matter bearing Bates Nos. WOWWEE-00021344 and WOWWEE-00021345 through WOWWEE-00021348. The document was authenticated by Richard Yanofsky in his concurrently-filed declaration (R. Yanofsky Decl. ¶ 8).

25. Attached hereto as **Exhibit 24** is a true and correct copy of a My Avastars product webpage produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00000407 through ROBLOX-AVASTARS-00000410.

26. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts of the transcript of the October 3, 2023 30(b)(6) deposition of Roblox through its corporate designee Stephen Jobe.

27. Attached hereto as **Exhibit 26** is a true and correct copy of the copyright registration for the "Lindsey Avatar" audiovisual work produced by Roblox in this matter bearing Bates No. ROBLOX-AVASTARS-00000001 through ROBLOX-AVASTARS-00000002. This document was previously introduced as Defendants' Exhibit 9 at the deposition of David Sapienza. This document was authenticated by Stephen Jobe at his deposition (Ex. 25 at 148:10–13).

28. Attached hereto as **Exhibit 27** is a true and correct copy of the copyright registration for the "Kenneth Avatar" audiovisual work produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00000003 through ROBLOX-AVASTARS-00000004. This document was previously introduced as Defendants' Exhibit 11 at the deposition of David Sapienza. This document was authenticated by Stephen Jobe at his deposition (Ex. 25 at 141:12–21).

29. Attached hereto as **Exhibit 28** is a true and correct copy of the copyright registration for the "Dennis Avatar" audiovisual work produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00000005 through ROBLOX-AVASTARS-00000006. This document was previously introduced as Defendants' Exhibit 12 at the deposition of David Sapienza. This document was authenticated by Stephen Jobe at his deposition (Ex. 25 at 152:1–4).

30. Attached hereto as **Exhibit 29** is a true and correct copy of the copyright registration for the "Cindy Avatar" audiovisual work produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00000007 through ROBLOX-AVASTARS-00000008. This document was previously

introduced as Defendants' Exhibit 10 at the deposition of David Sapienza. This document was authenticated by Stephen Jobe at his deposition (Ex. 25 at 122:21–24).

31. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts of the transcript of the October 9, 2023 deposition of I-Wei Huang.

32. Attached hereto as **Exhibit 31** is a true and correct copy of an affidavit from Nathaniel E. Frank White of the Internet Archive and an excerpt of the Exhibit A attached to the affidavit. The affidavit authenticates Defendants' Exhibit 8, a June 23, 2022 capture of the Roblox Terms of Use, Exhibit 9, an April 6, 2022 capture of the Roblox Terms of Use, Exhibit 99, an August 1, 2019 capture of the Roblox Terms of Use, and Exhibit 100, a September 19, 2019 capture of Roblox Terms of Use.

33. Attached hereto as **Exhibit 32** is a true and correct copy of an October 15, 2019 email from Jiangli "Lydia" Ge to Roblox email accounts produced by Roblox in this litigation bearing Bates No. ROBLOX-AVASTARS-00044879 and attachments to the email produced bearing Bates No. ROBLOX-AVASTARS-00044880 and ROBLOX-AVASTARS-00044881. This document was previously introduced as Defendants' Ex. 44 at the October 3, 2023 30(b)(6) deposition of Roblox through its corporate designee Stephen Jobe.

34. Attached hereto as **Exhibit 33** is a true and correct copy of an August 31, 2018 agreement between Jiangli "Lydia" Ge and Roblox VP of Product Enrico D'Angelo produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00000786 through ROBLOX-AVASTARS-00000791. The document bears the e-signature of Roblox VP of Product Enrico D'Angelo.

35. Attached hereto as **Exhibit 34** is a true and correct copy of a March 30, 2022 agreement between Jiangli "Lydia" Ge and Roblox VP of Product Enrico D'Angelo produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00000779 through ROBLOX-AVASTARS-00000785. The document bears the e-signature of Roblox VP of Product Enrico D'Angelo.

36. Attached hereto as **Exhibit 35** is a true and correct copy of an October 11, 2019 agreement between Jiangli "Lydia" Ge and Roblox General Counsel Mark Barbolak produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00000773 through ROBLOX-AVASTARS-00000778. This document was previously introduced as Defendants' Ex. 38 at the October 3, 2023

30(b)(6) deposition of Roblox through its corporate designee Stephen Jobe. The document bears the e-signature of Roblox General Counsel Mark Barbolak.

37. Attached hereto as **Exhibit 36** is a true and correct copy of Roblox's Amended Responses and Objections to Defendants' First Set of Requests for Production served in this matter by Roblox on June 9, 2023.

38. Attached hereto as **Exhibit 37** is a true and correct copy of the Expert Report of Ian Bogost, Ph.D. and Rebuttal of Expert Report of Professor (Michel) Tuan Pham served by WowWee in this matter on January 9, 2024.

39. Attached hereto as **Exhibit 38** is a true and correct copy of excerpts of the transcript of the September 27, 2023 deposition of David Sapienza.

40. Attached hereto as **Exhibit 39** is a true and correct copy of excerpts of the transcript of the March 6, 2024 deposition of Dr. (Michel) Tuan Pham.

41. Attached hereto as **Exhibit 40** is a true and correct copy of excerpts of the transcript of the November 21, 2023 30(b)(6) deposition of Roblox through its corporate designee Stephen Jobe.

42. Attached hereto as **Exhibit 41** is a true and correct copy of the transcript of the October 20, 2023 hearing on Roblox's Motion for Reconsideration.

43. Attached hereto as **Exhibit 42** is a true and correct copy of the Franklyn Rebuttal to Isaacson in the Matter of Roblox v. WowWee served by WowWee in this matter on January 9, 2024.

44. Attached hereto as **Exhibit 43** is a true and correct copy of the Supplemental Expert Rebuttal Report of Christian Tregillis served by WowWee in this matter on January 9, 2024.

45. Attached hereto as **Exhibit 44** is a true and correct copy of Franklyn Rebuttal to Pham In the Matter of Roblox v. WowWee served by WowWee in this matter on January 9, 2024.

46. Attached hereto as **Exhibit 45** is a true and correct copy of Appendix B to the Franklyn Rebuttal to Pham in the Matter of Roblox v. WowWee served by WowWee in this matter on January 9, 2024.

47. Attached hereto as **Exhibit 46** is a true and correct copy of the Expert Report Submitted By Dr. Bruce Isaacson Measuring the Messages Conveyed by Ads For My Avastars Dolls served by

Roblox in this matter on December 5, 2023.

48. Attached hereto as **Exhibit 47** is a true and correct copy of excerpts from the transcript of the February 8, 2024 deposition of Dr. Bruce Isaacson.

49. Attached hereto as **Exhibit 48** is a true and correct copy of a Gamefam presentation produced by WowWee in this matter bearing Bates Nos. WOWWEE-00029752 through WOWWEE-00029760. This document was previously introduced as Defendants' Ex. 113 at the 30(b)(6) deposition of Gamefam through its corporate designee Ricardo Briceno. The document was authenticated by Ricardo Briceno at his deposition (Ex. 4, 106:16-107:1).

50. Attached hereto as **Exhibit 49** is a true and correct copy of a screen capture from Gamefam's website. This document was previously introduced as Defendants' Ex. 101 at the 30(b)(6) deposition of Gamefam through its corporate designee Ricardo Briceno. The document was authenticated by Ricardo Briceno at his deposition (Ex. 4, 37:2-37:6).

51. Attached hereto as **Exhibit 50** is a true and correct copy of the Expert Report of Blake Inglish served by Roblox in this matter on December 5, 2023.

52. Attached hereto as **Exhibit 51** is a true and correct copy of excerpts from the transcript of the February 21, 2024 deposition of Blake Inglish.

53. Attached hereto as **Exhibit 52** is a true and correct copy of the Expert Rebuttal Report of Christian Tregillis served by WowWee in this matter on January 9, 2024.

54. Attached hereto as **Exhibit 53** is a true and correct copy of a TikTok video screenshot produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00042380 through ROBLOX-AVASTARS-00042385.

55. Attached hereto as **Exhibit 54** is a true and correct copy of a TikTok video screenshot produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00042457 through ROBLOX-AVASTARS-00042461.

56. Attached hereto as **Exhibit 55** is a true and correct copy of a TikTok video screenshot produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00042462 through ROBLOX-AVASTARS-00042466.

57. Attached hereto as **Exhibit 56** is a true and correct copy of a key term sheet produced by Gamefam in this matter bearing Bates Nos. GF000038 through GF000047. This document was previously introduced as Defendants' Ex. 115 at the 30(b)(6) deposition of Gamefam through its corporate designee Ricardo Briceno. The document was authenticated by Ricardo Briceno at his deposition (Ex. 4, 118:3-118:7).

58. Attached hereto as **Exhibit 57** is a true and correct copy of a screen capture of a USA Today article. This document was previously introduced as Defendants' Ex. 118 at the 30(b)(6) deposition of Gamefam through its corporate designee Ricardo Briceno. The document was authenticated by Ricardo Briceno at his deposition (Ex. 4, 132:18-20).

59. Attached hereto as **Exhibit 58** is a true and correct copy of a July 18, 2022 email from Ricardo Briceno produced by third party Gamefam in this matter bearing Bates Nos. GF000078 through GF000079. This document was previously introduced as Defendants' Ex. 124 at the 30(b)(6) deposition of Gamefam through its corporate designee Ricardo Briceno. The document was authenticated by Ricardo Briceno at his deposition (Ex. 4, 191:22-192:8).

60. Attached hereto as **Exhibit 59** is a true and correct copy of a July 20, 2022 email from Michelle Gray produced by third party Gamefam in this matter bearing Bates Nos. GF000074 through GF000075. This document was previously introduced as Defendants' Ex. 127 at the 30(b)(6) deposition of Gamefam through its corporate designee Ricardo Briceno. The document was authenticated by Ricardo Briceno at his deposition (Ex. 4, 198:5-10).

61. Attached hereto as **Exhibit 60** is a true and correct copy of a July 21, 2022 text message from Joseph Ferencz to Sydney Wiseman produced by WowWee in this matter at Bates No. WOWWEE-00002356. The document was authenticated by Richard Yanofsky in his concurrently-filed declaration (R. Yanofsky Decl. ¶ 9).

62. Attached hereto as **Exhibit 61** is a true and correct copy of a July 22, 2022 email and attachment from Matthew Hooper of Immix Law Group PC to Latham & Watkins produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00014506 and ROBLOX-AVASTARS-00014507. This document was previously introduced as Defendants' Ex. 151 at the 30(b)(6) deposition

of Roblox through its corporate designee Rebecca Crose. The document was authenticated by Rebecca Crose at her deposition (Ex. 96, 244:15-245:13).

63. **Exhibit 62** is intentionally omitted.

64. Attached hereto as **Exhibit 63** is a true and correct copy of excerpts of the transcript of the November 1, 2023 30(b)(6) 30(b)(6) deposition of WowWee through its corporate designee Andrew Yanofsky.

65. Attached hereto as **Exhibit 64** is a true and correct copy of the Supplemental Expert Report of Blake Inglish served by Roblox in this matter on January 23, 2024.

66. Attached hereto as **Exhibit 65** is a true and correct copy of excerpts of the transcript of the October 5, 2023 30(b)(6) deposition of Jazwares through its corporate designee Laura Zebersky.

67. Attached hereto as **Exhibit 66** is a true and correct copy of excerpts from the transcript of the November 2, 2023 30(b)(6) deposition of WowWee through its corporate designee Richard Yanofsky.

68. Attached hereto as **Exhibit 67** is a true and correct copy of a financial spreadsheet produced by WowWee in this matter bearing Bates No. WOWWEE-00004017. This document was previously introduced as Plaintiff's Ex. 142 at the November 1, 2023 30(b)(6) deposition of WowWee through its corporate designee Andrew Yanofsky. This document was also previously introduced as Defendants' Ex. 251 at the February 21, 2024 deposition of Blake Inglish. The document was authenticated by Andrew Yanofsky at his November 1, 2023 deposition. (Ex. 63, 393:24-394:16). Because this document was produced as a native Excel file, a copy of this document will be lodged with this Court.

69. Attached hereto as **Exhibit 68** is a true and correct copy of a profit and loss spreadsheet produced by WowWee in this matter bearing Bates No. WOWWEE-00039285. This document was previously introduced as Plaintiff's Ex. 156 at the 30(b)(6) deposition of WowWee through its corporate designee Richard Yanofsky. The document was authenticated by Richard Yanofsky at his November 3, 2023 deposition. (Ex. 66, 89:11-90:11). Because this document was produced as a native Excel file, a copy of this document will be lodged with this Court.

70. Attached hereto as **Exhibit 69** is a true and correct copy of an April 26, 2016 email from Kevin Ramsey to a Roblox email account produced in this matter by Roblox bearing Bates No. ROBLOX-

AVASTARS-00074725.

71. Attached hereto as **Exhibit 70** is a true and correct copy of an August 26, 2021 email from Joseph Ferencz produced by WowWee in this matter bearing Bates Nos. WOWWEE-00003139 through WOWWEE-00003145. This document was previously introduced as Defendants' Ex. 112 at the 30(b)(6) deposition of Gamefam through its corporate designee Ricardo Briceno. The document was authenticated by Richard Yanofsky in his concurrently-filed declaration (R. Yanofsky Decl. ¶ 10).

72. Attached hereto as **Exhibit 71** is a true and correct copy of a presentation produced by WowWee in this matter bearing Bates Nos. WOWWEE-00026872 through WOWWEE-00026910. This document was previously introduced as Plaintiff's Ex. 103 at the October 13, 2023 30(b)(6) deposition of WowWee through its corporate designee Andrew Yanofsky. The document was authenticated by Andrew Yanofsky at his October 13, 2023 deposition (Ex. 101, 153:18-153:25).

73. Attached hereto as **Exhibit 72** is a true and correct copy of a license agreement between Roblox and Jazwares produced by Roblox in this matter bearing Bates Nos. ROBLOX-AVASTARS-00000695 through ROBLOX-AVASTARS-00000718. This document was previously introduced at the 30(b)(6) deposition of Jazwares through its corporate designee Laura Zebersky. The document was authenticated by Laura Zebersky at her deposition. (Ex. 65, 24:6-25:6).

74. Attached hereto as **Exhibit 73** is a true and correct copy of the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

75. Attached hereto as **Exhibit 74** is a true and correct copy of Exhibit 29 to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

76. Attached hereto as **Exhibit 75** is a true and correct copy of Exhibit 32 to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

77. Attached hereto as **Exhibit 76** is a true and correct copy of Exhibit 34 to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

78. Attached hereto as **Exhibit 77** is a true and correct copy of Exhibit 35 to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

79. Attached hereto as **Exhibit 78** is a true and correct copy of Exhibit 36A to the Expert

Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

80. Attached hereto as **Exhibit 79** is a true and correct copy of Exhibit 36B to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

81. Attached hereto as **Exhibit 80** is a true and correct copy of Exhibit 36C to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

82. Attached hereto as **Exhibit 81** is a true and correct copy of Exhibit 37A to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

83. Attached hereto as **Exhibit 82** is a true and correct copy of Exhibit 37B to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

84. Attached hereto as **Exhibit 83** is a true and correct copy of Exhibit 38 to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

85. Attached hereto as **Exhibit 84** is a true and correct copy of Exhibit 39 to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

86. Attached hereto as **Exhibit 85** is a true and correct copy of Exhibit 40A to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

87. Attached hereto as **Exhibit 86** is a true and correct copy of Exhibit 40B to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

88. Attached hereto as **Exhibit 87** is a true and correct copy of Exhibit 40C to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

89. Attached hereto as **Exhibit 88** is a true and correct copy of Exhibit 40D to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

90. Attached hereto as **Exhibit 89** is a true and correct copy of Exhibit 40E to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

91. Attached hereto as **Exhibit 90** is a true and correct copy of Exhibit 40F to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

92. Attached hereto as **Exhibit 91** is a true and correct copy of Exhibit 40G to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

11

OMNIBUS DECL. OF DIANA HUGHES LEIDEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE CASE NO. 3:22-CV-04476-SI

93. Attached hereto as **Exhibit 92** is a true and correct copy of Exhibit 40H to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

94. Attached hereto as **Exhibit 93** is a true and correct copy of Exhibit 43 to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

95. Attached hereto as **Exhibit 94** is a true and correct copy of Exhibit 53E to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

96. Attached hereto as **Exhibit 95** is a true and correct copy of an August 8, 2023 email from Kevin Lee to Christian Bayley and others produced by Roblox in this litigation bearing Bates Nos. ROBLOX-AVASTARS-00068490 through ROBLOX-AVASTARS-00068492. This document was previously introduced as Defendants' Ex. 178 at the deposition of Christian Bayley. The document was authenticated by Christian Bayley at his deposition (Ex. 97, 249:8-20).

97. Attached hereto as **Exhibit 96** is a true and correct copy of excerpts from the transcript of the October 18, 2023 30(b)(6) deposition of Roblox through its corporate designee Rebecca Crose.

98. Attached hereto as **Exhibit 97** is a true and correct copy of excerpts from the transcript of the October 26, 2023 deposition of Christian Bayley.

99. Attached hereto as **Exhibit 98** is a true and correct copy of Exhibit 48 to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

100. Attached hereto as **Exhibit 99** is a true and correct copy of a screen capture taken by the Internet Archive of the Roblox Terms of Use as it appeared on August 1, 2019 at the web address https://web.archive.org/web/20190801024128/https:/en.help.roblox.com/hc/en-us/articles/115004647846-Roblox-Terms-of-Use. This document was authenticated by E. Frank White of the Internet Archive (Ex. 31).

101. Attached hereto as **Exhibit 100** is a true and correct copy of a screen capture that I directed to be taken on January 11, 2024 of the Roblox Terms of Use as it appeared on September 19, 2019 at the web address https://web.archive.org/web/20190919052550/https:/en.help.roblox.com/hc/enus/articles/115004647846-Roblox-Terms-of-Use. This document was authenticated by E. Frank White of the Internet Archive (Ex. 31).

102. Attached here to as **Exhibit 101** is a true and correct copy of excerpts from the transcript of the October 13, 2023 deposition of 30(b)(6) WowWee through its corporate designee Andrew Yanofsky.

103. Attached here to as **Exhibit 102** is a true and correct copy of a video labelled Video 101 and included as Exhibit 12 to the Expert Report Submitted by Dr. Bruce Isaacson served by Roblox in this matter on December 5, 2023. A native copy of the video will be lodged with the Court.

104. Attached here to as **Exhibit 103** is a true and correct copy of a video labelled Video 102 and included as Exhibit 12 to the Expert Report Submitted by Dr. Bruce Isaacson served by Roblox in this matter on December 5, 2023. A native copy of the video will be lodged with the Court.

105. Attached here to as **Exhibit 104** is a true and correct copy of a video labelled Video 103 and included as Exhibit 12 to the Expert Report Submitted by Dr. Bruce Isaacson served by Roblox in this matter on December 5, 2023. A native copy of the video will be lodged with the Court.

106. Attached here to as **Exhibit 105** is a true and correct copy of a video labelled Video 104 and included as Exhibit 12 to the Expert Report Submitted by Dr. Bruce Isaacson served by Roblox in this matter on December 5, 2023. A native copy of the video will be lodged with the Court.

107. Attached hereto as **Exhibit 106** is a true and correct copy of Roblox's Amended Responses and Objections to Defendants' Interrogatory Nos. 1, 3, 5, 15 that was served by Roblox in this matter on March 27, 2024.

108. Attached hereto as **Exhibit 107** is a true and correct copy of Exhibit 33 to the Expert Report of Professor (Michel) Tuan Pham, Ph.D. served by Roblox in this matter on December 5, 2023.

//

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of March, 2024 at Los Angeles, California.

By: *Diana Hughes Leiden*
Diana Hughes Leiden