# EXHIBIT 47

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5    _____
                                    )
 6    ROBLOX CORPORATION,           )
                                    )
 7            Plaintiff,            )
                                    )
 8       vs.                        )No. 3:22-cv-04476-SI
                                    )
 9    WOWWEE GROUP LIMITED, WOWWEE )
      CANADA, INC., WOWWEE USA,     )
10    INC., and GRAMPS GOODS, INC.,)
                                    )
11            Defendants.           )
      _____)
12
13
14
15              VIDEOTAPED DEPOSITION OF
16                   BRUCE ISAACSON
17              Los Angeles, California
18             Thursday, February 8, 2024
19                     Volume I
20
21
22    Reported by:
      ALEXIS KAGAY
23    CSR No. 13795
24    Job No. 6445196
25    PAGES 1 - 250
```

                                          Page 1

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4
5    _____
                                  )
6    ROBLOX CORPORATION,          )
                                  )
7              Plaintiff,         )
                                  )
8       vs.                       )No. 3:22-cv-04476-SI
                                  )
9    WOWWEE GROUP LIMITED, WOWWEE )
     CANADA, INC., WOWWEE USA,    )
10   INC., and GRAMPS GOODS, INC.,)
                                  )
11             Defendants.        )
     _____)
12
13
14
15
16          Videotaped deposition of BRUCE ISAACSON,
17   Volume I, taken on behalf of Defendants, at 333 South
18   Grand Avenue, Los Angeles, California, beginning at
19   9:31 a.m. and ending at 5:09 p.m. on Thursday,
20   February 8, 2024, before ALEXIS KAGAY, Certified
21   Shorthand Reporter No. 13795.
22
23
24
25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    APPEARANCES:

 2

 3    For Defendants:

 4        WINSTON & STRAWN

 5        BY:  DIANA LEIDEN

 6        BY:  MIRIAM GILBERT

 7        Attorneys at Law

 8        333 South Grand Avenue

 9        38th Floor

10        Los Angeles, California 90071

11        DhLeiden@winston.com

12        MGilbert@winston.com

13

14    For Plaintiff:

15        LATHAM WATKINS

16        BY:  ALLISON BLANCO

17        Attorney at Law

18        355 South Grand Avenue

19        Suite 100

20        Los Angeles, California 90071

21        Allison.Blanco@lw.com

22

23

24

25
```

Page 3

1    APPEARANCES (Continued):

2

3    Videographer:

4        Aliana Chavez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

```
 1                    BRUCE ISAACSON,

 2   having been administered an oath, was examined and

 3   testified as follows:

 4

 5                     EXAMINATION

 6   BY MS. LEIDEN:

 7      Q   Good morning, Dr. Isaacson.

 8      A   Good morning.

 9      Q   Dr. Isaacson, you have had your deposition

10   taken many times; correct?                        09:32:18

11      A   Yes.

12      Q   Okay.  Is there any reason why you would be

13   unable to give your best testimony today?

14      A   No.

15      Q   Okay.  You're not taking any medication that  09:32:23

16   would prevent you from testifying accurately today?

17      A   No, I'm not.

18      Q   Okay.  Dr. Isaacson, you're currently the

19   president of MMR Strategy Group?

20      A   That's correct.                            09:32:37

21      Q   Okay.  How long you been associated with MMR?

22      A   I believe, in June, it will be either 18 or

23   19 years.

24      Q   Have you always been the president of MMR?

25      A   Yes.  Since -- I -- I think since I started  09:32:56
```

                                                    Page 9

```
 1        Q    Okay.  Approximately how many times?

 2        A    I believe I've testified on approximately 50

 3   likelihood of confusion surveys.

 4        Q    And also, in your career, have you designed

 5   and conducted secondary meaning surveys in the        09:56:17

 6   context -- in the trademark context?

 7        A    Yes.

 8        Q    Okay.  And approximately how many times?

 9        A    I might have testified on 35 to 40 secondary

10   meaning surveys.                                      09:56:32

11        Q    And in this case, you're -- you are not

12   offering a likelihood of confusion survey; correct?

13        A    Correct.

14        Q    And you're not offering a secondary meaning

15   survey; correct?                                      09:56:45

16        A    Correct.

17        Q    Can you take Exhibit 239 in front of you,

18   that should be your opening report, and feel free to

19   flip through it, but does -- does it appear to be an

20   accurate copy of the expert report that you          09:57:08

21   submitted in this case on December 5th of 2023?

22        A    Yes.

23        Q    And the same question I'll ask you about

24   Exhibit 240.

25             Does this appear to be an accurate copy of  09:57:30
```

Page 26

1    advertising?

2          MS. BLANCO:  Same instruction.

3          THE WITNESS:  I guess -- the complaint

4    discusses certain ads that WowWee -- that -- I'm --

5    from WowWee that Roblox claims are objectionable,       10:17:26

6    and so I would have wanted to review those ads in

7    their native or original form.

8          And I likely would have wanted to review

9    other types of ads from WowWee that may not have

10   been mentioned in the complaint.  I just don't         10:17:45

11   remember whether I reviewed any other ads other than

12   those that were mentioned in the complaint.

13         I know I reviewed a lot of materials in this

14   matter, and so -- but -- so it's -- it's difficult

15   for me to recall at this point everything that I       10:18:05

16   reviewed.

17   BY MS. LEIDEN:

18     Q   But fair to say you reviewed the advertising

19   that was referred to in the complaint, and you may

20   have reviewed additional advertising, but you can't    10:18:16

21   recall specifically?

22         MS. BLANCO:  Objection to the extent that

23   mischaracterizes his testimony.

24         But I'll let you answer the question.

25         THE WITNESS:  I guess I would amend my           10:18:35

                                                        Page 41

1    answer, because I'm now looking at my report and

2    there's a list of materials reviewed in paragraph

3    20- -- sorry, this is my December report.

4          And so I'm looking at -- at item (v), item 5,

5    on page 7, and there were more than 220 individual          10:18:54

6    computer files of items that discuss My AvaStars

7    that was provided by counsel for Roblox.

8          So I guess I -- I have to amend my answer and

9    say I reviewed items that were in the complaint, and

10   I also reviewed items that were not in the complaint        10:19:16

11   as well.

12   BY MS. LEIDEN:

13     Q    Okay.  Understood.

14          And -- and you're referring to -- on page 7

15   of what we marked as Exhibit 239, your December            10:19:24

16   report, subsection (v), is that what you're -- is

17   that what you're referring to?

18     A    Yes.

19     Q    Okay.  And do you recall what the -- you say

20   that the materials were provided in more than 220 --       10:19:39

21   220 individual computer files from websites,

22   including TikTok, Instagram, etcetera.

23          Do you know one way or another if those are

24   advertisements?

25          MS. BLANCO:  Objection to form.                     10:19:55

Page 42

```
 1          THE WITNESS:  Well, it's -- they're listed as
 2   social media posts, user comments, online shopping
 3   pages, consumer reviews.
 4          So some of these items might have come from
 5   consumers, some of these items came from -- came       10:20:10
 6   from WowWee, such as the social media posts.  Some
 7   of these were -- were comments that -- that came
 8   from consumers.
 9          So it was a variety of different kinds of
10   materials.                                             10:20:23
11   Q    And the 220 individual computer files, I'm
12   noting there's no, like, Bates numbers listed with
13   those.
14          Are those 220 files identified somewhere in
15   your report?                                           10:20:38
16   A    Not individually.
17   Q    Are they identified in the aggregate, or are
18   you just referring to subsection (v) here?
19   A    I'm referring to subsection (v).
20          So two of these items are the items that I      10:20:47
21   measured in my survey, and those are identified.
22          If they had been -- I believe that not all of
23   these items were Bates-numbered, because our
24   practice is so to include Bates numbers when they're
25   available.                                             10:21:05
```

Page 43

1    13 and 14 on page 8 of my December report.

2        Q    Okay.  Other than what's listed here in

3    paragraphs (x) and (xi), anything else that you or

4    folks at your direction did to investigate how

5    WowWee advertises the dolls?                          11:18:33

6        A    Not that comes to mind.

7        Q    You mentioned shopping pages.

8            Would those have been, like, Amazon

9    printouts, or what were you referring to there?

10       A    I believe some of them were from Amazon.    11:18:59

11   There were some pages that I looked at, it was my

12   memory, from Amazon.  And I can't remember if I

13   looked at some pages from some toy retailers.

14           When I say "toy retailers," I'm talking about

15   a store like Target or Walmart that sells -- that --   11:19:16

16   that sells toys.

17           I just -- I just don't recall.  There was so

18   much materials that I looked at in this matter.

19       Q    Do you know whether or not WowWee advertises

20   My AvaStars fashion dolls in TV commercials?          11:19:32

21       A    I don't know.

22       Q    Okay.  Do you know if they advertise the

23   dolls on billboards?

24       A    I don't know, but I don't think so.  It

25   wouldn't seem to me that they would.                  11:19:49

                                                Page 57

1      Q    Okay.  Do you know if they advertise the

2    dolls in print media?

3      A    I don't recall seeing any print ads for

4    My AvaStars.  The -- the only materials that I

5    recall seeing were all online materials.  And I          11:19:59

6    don't recall seeing any billboards.  I don't recall

7    seeing any print ads.  I don't recall seeing any TV

8    ads.  Everything that I recall seeing was -- was

9    online.

10         But I -- I wasn't retained and -- I wasn't      11:20:13

11    asked to determine whether My AvaStars are

12    advertised in any offline or nondigital format.

13     Q    Okay.  So it was not part of your retention

14    to have a broad understanding of how the dolls are

15    advertised by WowWee.  Is that fair?                     11:20:35

16     A    Correct.

17     Q    So I want to talk about your advertising

18    communications survey.

19         That survey utilized an experimental design;

20    right?                                                   11:20:58

21     A    Both surveys utilized a kind of experimental

22    design, but -- but the advertising communications

23    survey had a test group and a control group, if

24    that's what you're referring to.

25     Q    Sure.  And in the -- I can't remember if it      11:21:15

Page 58

```
 1    but not to divulge attorney-client -- I mean,

 2    attorney work product.

 3    BY MS. LEIDEN:

 4        Q    So going back to my ques- -- so there were

 5    two videos that were on a social media platform;        11:30:37

 6    right?

 7        A    Correct.

 8        Q    Okay.  But you didn't qualify respondents to

 9    the advertising communications survey on the

10    requirement that they look at social media; right?    11:30:48

11    You didn't ask them about that?

12        A    Correct.  For a few reasons, yes.

13        Q    Okay.  And what -- what are the reasons that

14    you did not use that as a qualification?

15        A    Well, number one, social media -- the usage    11:31:02

16    of social media is a common thing.  It's not like

17    it's limited to a unique set of unusual consumers.

18    It's a typical thing.  So that's one issue.

19            The second is that the proper audience for a

20    likelihood of confusion survey is past and future      11:31:21

21    purchasers of the goods in question.

22            And then the third issue is that I also added

23    another question at the end of the survey so if I

24    wanted to, I could identify consumers who not only

25    were past or future purchasers of the goods in         11:31:35
```

Page 65

 1    question for my survey, but were also past or

 2    fut- -- were also users of online gaming platforms,

 3    like Roblox.

 4         So there were -- there were lots of reasons

 5    why I didn't need a question like that in the          11:31:49

 6    survey.

 7    Q   And so the first reason where you said, you

 8    know, using social media is common, are you making

 9    an assumption that the respondents -- that all the

10    respondents in your survey use social media?          11:32:02

11    A   No, I'm not making that.  Because I haven't

12    provided an opinion in my report or anywhere about

13    how many people saw the ad or how many people would

14    see the ad or -- I'm just saying if -- if a consumer

15    was exposed to this ad, who's a past or future       11:32:17

16    purchaser, this is -- the messages that it would

17    communicate, and I'm further saying if you want to

18    not only understand a consumer who is a purchaser of

19    the category, but also a user of a platform like

20    Roblox, we can identify that user, too.               11:32:35

21         But I'm not -- I'm not opining on how many

22    consumers saw the ads, and so it's not necessary for

23    me to qualify people as engaging in a common

24    practice like using social media.

25    Q   There were respondents in your survey who         11:32:52

Page 66

 1    were as young as six years old; right?

 2        A    Correct.

 3        Q    And is it your understanding that children of

 4    that age would be on social media?

 5        A    I don't have an opinion about whether they're    11:33:07

 6    on social media or not.  Again, I'm -- I'm not

 7    providing an opinion about how many people did or

 8    didn't see the ads.  I'm merely providing an opinion

 9    that when a purchaser of this kind of goods sees

10    this kind of ad, this is the messages that are         11:33:22

11    communicated.

12        Q    And you don't know, one way or another,

13    whether the respondents in your advertising

14    communications survey were in fact users of social

15    media; correct?                                        11:33:37

16        A    I didn't measure whether they were users of

17    social media in the survey.  But it's an online

18    survey.  In order to take the survey, they have to

19    belong to a household that has access to an online

20    survey like that.                                      11:33:56

21             It's hard for me to imagine, given the

22    ubiquity of onli- -- of social media, that there

23    were many people in the survey who don't consume

24    social media at all, but I didn't ask specifically

25    whether they consumed social media, nor do I think    11:34:11

                                                      Page 67

```
 1    that would have been a question necessary to ask in
 2    the survey, given my -- given what I was asked to do
 3    in this matter.
 4        Q   And that was to test the two TikTok videos;
 5    right?                                          11:34:28
 6        A   Correct.
 7        Q   Okay.
 8        A   That was to test the two videos.
 9        Q   Okay.  And there were -- so the -- the two
10    videos that you tested, one was called the -- or you  11:34:40
11    refer to it in your report as the great doll line
12    video, and the other one is the fun to customize
13    video; is that right?
14        A   Correct.
15        Q   Okay.  I -- I believe you previously        11:34:52
16    testified that your understand- -- you understood
17    that these two videos were specifically referred to
18    in Roblox's amended complaint; correct?
19        A   Correct.
20        Q   Okay.  How did you come to the decision to  11:35:12
21    test these two specific videos?
22        A   Well, I -- I read the -- the amended
23    complaint, and these were the two videos that I --
24    these were two videos that I was asked to test.
25        Q   Asked by counsel?                           11:35:44
```

Page 68

1        A    Correct.

2        Q    And you conducted the advertising

3    communications survey in October and November of

4    2023; right?

5        A    When you say "conducted" --                    11:36:05

6        Q    I -- I'm just referring to when the survey

7    itself was run and respondents were answering the

8    questions.

9        A    October -- the interviews were conducted in

10   October and November of 2023.                           11:36:24

11       Q    And that's reflected in paragraph 79 of your

12   report; right?

13       A    Correct.

14       Q    October 27th, 2023, to November 5th, 2023?

15       A    Correct.                                        11:36:39

16       Q    Okay.  Do you have an understanding of when

17   the two videos that you tested were posted to the

18   TikTok platform?

19       A    In, I want to say, 2022.

20       Q    Okay.                                           11:37:01

21       A    In, I want to say, April or May of 2022,

22   approximately.

23       Q    I'm going to hand you a previously marked

24   exhibit.  This was previously marked as Defendant's

25   Exhibit 4.                                               11:37:29

Page 69

1     Q    Okay.  And then on page 31, if you could turn

2    to that page, footnote 25 references Exhibit 4,

3    which is another TikTok video posted by Sydney

4    Wiseman.

5         Is that Exhibit 4 the other video that you      11:39:37

6    tested?

7     A    Yes, I believe so.

8     Q    Okay.  And that has a date there of June 19th

9    of 2022.

10        Any reason to doubt that was the date that it   11:39:46

11   was posted on the TikTok platform?

12    A    No.

13    Q    Okay.  And you're aware that both of those

14   TikTok videos were removed from the TikTok platform

15   in 2022?  Are you aware of that?                     11:40:06

16    A    Yes.

17    Q    Okay.  And it was shortly after this --

18   Roblox filed this litigation in -- in August 2022.

19        Is that your understanding?

20    A    My understanding is they were removed         11:40:20

21   sometime around September of 2022.

22    Q    Okay.  You can set the amended complaint

23   exhibit aside.

24        I wanted to point you to, in your December

25   report, at page 11 -- Exhibit 239 that I'm looking   11:40:41

Page 71

```
 1            MS. BLANCO:   Same objection.
 2    BY MS. LEIDEN:
 3        Q    And I could -- I could re- -- when I say
 4    "explicitly refer to Roblox," I mean the "Roblox"
 5    word is either on the screen or mentioned in the      11:55:01
 6    advertising.
 7        A    And we're talking about ads that when you say
 8    are explicitly available, you mean available online?
 9        Q    Let's start with that.   That will be easier.
10            So let me start over my question, then.        11:55:14
11            Are you aware of any advertising for the
12    My AvaStars fashion dolls that include either a
13    visual depiction of the Roblox word or the audio
14    mention of Roblox that are available online today?
15        A    No.                                           11:55:38
16        Q    So just focusing on -- on the two videos that
17    you tested in your advertising communications
18    survey, the great -- great doll line and the fun to
19    customize video, once those were removed from the
20    TikTok platform in September of 2022, those were no    11:56:16
21    longer accessible to consumers; right?
22        A    That's my understanding.
23        Q    Okay.   Are you offering any opinion on any
24    effect that those videos continued to have on
25    consumers after they were removed from the TikTok      11:56:39
```

Page 81

1    platform?

2        A    No.

3        Q    Okay.  Does your advertising communications

4    survey measure anything about the perception of

5    those two advertisements outside of the June to              11:56:52

6    September 2022 timeframe?

7            MS. BLANCO:  Objection to form.

8            THE WITNESS:  I guess I'm -- I'm not

9    providing an opinion about specific time- -- timing,

10   which is inherent in your question.                          11:57:08

11           My opinion is about the messages that those

12   videos communicate to consumers who see them, to

13   relevant consumers who are exposed to those videos.

14           I'm not providing an opinion about --

15   about -- about anything with respect to timing.             11:57:33

16   BY MS. LEIDEN:

17       Q    And you're not offering an opinion about any

18   advertising for the My AvaStars fashion dolls other

19   than those two videos; correct?

20       A    Correct.                                            11:57:55

21       Q    Okay.  In your previous advertising

22   communications surveys that you have conducted and

23   designed over your career, have you, prior to this

24   case, tested advertising that was no longer

25   available to the public?                                     11:58:24

                                                    Page 82

1    respondents whether they believe the video

2    communicated or implied; is that -- that's right;

3    right?

4        A    Correct.  And just --

5        Q    Okay.                                    12:12:35

6        A    -- to be clear about what I think we're

7    talking about, these statements, none of them --

8    none of the statements in paragraph 43, on page 22,

9    are statements that appeared verbatim in the videos

10   that I tested, but these are concepts that I'm --   12:12:49

11   that my survey is measuring whether they're

12   communicated or they're implied by the videos.

13       Q    Thank you.

14            And so looking at the first one, "you can use

15   this doll as an avatar in Roblox," are you offering   12:13:00

16   an opinion as to whether that statement is -- was

17   true at the time that the video was posted?

18       A    I'm not offering any opinions about what is

19   literally true or what is literally false.  So

20   I'm -- I'm not offering opinions about literal       12:13:21

21   falsity.  I'm only offering opinions about -- in

22   the -- in the case of my advertising communications

23   survey, about what is or what is not communicated.

24       Q    Okay.  And are you offering an opinion as to

25   whether -- again, I'm talking about the statement    12:13:42

                                                    Page 91

1    "you can use this doll as an avatar in Roblox."

2         Are you offering an opinion as to whether

3    that statement was misleading at the time that the

4    video was posted?

5    A    I am offering an opinion about whether it was    12:13:55

6    communicated, not whether or not it was literally

7    true or literally false or whether that

8    communication was a misleading communication.

9         But to the extent that that statement was not

10   true, if it's communicated, and I believe it was,    12:14:10

11   then that statement, I believe, would be misleading.

12        But I'm not providing that opinion because I

13   don't have an opinion about whether it was literally

14   true or literally false.

15   Q    Or whether it was misleading or not?    12:14:26

16   A    I'm not providing an opinion about whether it

17   was misleading, but I -- I -- I guess since you

18   asked, what I am saying today is if that statement

19   is not true, then it was misleading, but I don't --

20   I -- I'm not providing an opinion about whether it's    12:14:41

21   true or not, literally true or literally false.

22   Q    And would -- would the same be true for the

23   three additional statements, "this doll is made with

24   permission from Roblox," "you can customize this

25   doll's appearance in Roblox," and "you can buy hair    12:14:55

Page 92

 1    that you characterize as the -- a relevant statement

 2    is that "this doll is made with permission from

 3    Roblox"; right?

 4        A    Yes.

 5        Q    Okay.  And do you know, one way or another,      12:26:28

 6    whether the My AvaStars dolls were made with

 7    permission from Roblox?

 8        A    I know what Roblox's position is on that

 9    matter, but I -- I -- I haven't seen contracts or

10    reviewed anything, but I -- I know what Roblox's        12:26:47

11    position is.

12        Q    And what is that, to your understanding?

13        A    Roblox's position is that they never gave --

14    this is a -- I'm going to answer this in two ways.

15             I -- if I understand Roblox's position, it's     12:27:03

16    that WowWee can make a My AvaStars doll -- let me

17    strike that and rephrase it.

18             My understanding of Roblox's permission --

19    Roblox's position is that WowWee didn't have

20    permission to convey to consumers that the             12:27:22

21    My AvaStars doll is connected to or related to or it

22    can be used in Roblox.

23             So the statement "this doll is made with

24    permission from Roblox" is -- is really getting

25    to -- is really getting to that aspect.                12:27:48

                                                      Page 100

1      Q   It's getting to the concept of whether WowWee

2   had permission to convey to consumers that the doll

3   is connected to or related to or could be used in

4   Roblox.  Is that what you're saying?

5      A   What I'm saying is that this statement is --    12:28:07

6   I mean, consumers were presented with this statement

7   as it -- as it stands, and Roblox's position is that

8   the doll, as it was advertised, was not one that

9   WowWee had permission to make.

10          And so it's just asking consumers if the doll    12:28:28

11   they see advertised in the video that they were

12   viewing is made -- if they believe it's made with

13   permission from Roblox.

14          And my understanding is that Roblox's

15   position is that that -- that -- the doll, as           12:28:42

16   advertised, was not made with their permission.

17      Q   Okay.  So just to clarify, you're not

18   providing any opinion as to whether it is true --

19   whether it was true or false that the AvaStars doll

20   was made with Roblox's permission?                      12:29:07

21      A   Correct.

22      Q   Okay.  In connection with your work on this

23   case, did you review any documents relating to

24   WowWee's prior collaborations with Gamefam on the

25   Roblox platform prior to AvaStars?                      12:29:29

                                                    Page 101

| | |
|---|---|
| 1 | there, if you had said, avatars can have customized |
| 2 | faces in Minecraft, so that -- you believe that |
| 3 | would potentially skew the survey in some way? |
| 4 | A    Well, the survey needed to mention Roblox, |
| 5 | but mentioning another company that wasn't Roblox, I    12:34:27 |
| 6 | think, potentially would have been -- would have put |
| 7 | another name in consumers' heads that |
| 8 | wasn't necessar- -- or thoughts that wasn't |
| 9 | necessary for purposes of -- of the survey, and so |
| 10 | I'd prefer to avoid it.    12:34:47 |
| 11 | There are some distractors that mention |
| 12 | Roblox, and some that don't.  And so the consumer |
| 13 | that takes the survey sees a list of 11 items, 11 |
| 14 | statements, and of the 11 statements, six of them |
| 15 | reference Roblox, and five of them do not reference    12:35:03 |
| 16 | Roblox.  So they're roughly equally distributed |
| 17 | between those that do and -- and don't mention |
| 18 | Roblox. |
| 19 | And so it's -- from my perspective, it's a |
| 20 | very well-balanced set of statements.    12:35:15 |
| 21 | But I wouldn't have added another name to the |
| 22 | mix in here that has nothing to do with this matter |
| 23 | and has nothing to do with what they're viewing. |
| 24 | Q    If you had included -- strike that. |
| 25 | So -- so your four relevant statements all    12:35:40 |

Page 105

1    refer to Roblox.

2        If you had included four distractors that

3    related to, using my example, Minecraft, you don't

4    think that would have made it less likely for

5    respondents to guess what the real purpose of the       12:35:57

6    survey was?

7        A    No.  I think it would have been problematic.

8    The videos themselves refer to Roblox.

9        So in the context of having seen the videos,

10   these are reasonable statements to ask.              12:36:12

11       There's nothing in the video that refers to

12   Minecraft, to take your example.

13       Q    Okay.  Is that your general philosophy on

14   other advertising communications surveys, in terms

15   of what you would use as a distractor question?       12:36:25

16       MS. BLANCO:  Objection to form.

17       THE WITNESS:  I -- I can't give you a uniform

18   policy that I would apply in every circumstance, but

19   I can say that in this context, adding in another

20   brand or another trademark or name that has nothing    12:36:40

21   to do with the matter wouldn't have been helpful to

22   the survey.

23   BY MS. LEIDEN:

24       Q    And if I'm understanding you right, that's

25   because the videos themselves that the respondents    12:36:51

Page 106

1    something that's of similar construction, similar

2    length, similar grammar as the other statements.  So

3    it -- it looks like just one of the other

4    statements.

5        Q    Okay.  You're just referring to, like, the --    12:41:08

6    the length of the statement itself, like, how many

7    words there are.  Is that what --

8        A    Correct.

9        Q    Okay.

10       A    Correct.  You -- and -- and the kind of    12:41:24

11   words.  You wouldn't want -- all of the other

12   statements -- it -- it has approximately the same

13   number of words and words of the same length or

14   complexity.  Neither of the control statements has a

15   comma, and none of the other statements have commas.    12:41:37

16       So it's -- it's constructed in the same way

17   as the other statements, and it doesn't stand out as

18   being abnormally long, abnormally short, or as

19   referencing -- or as -- as having some kind of

20   construction that identifies it as being something    12:41:57

21   unusual.

22       Q    Okay.  And should the control statement be

23   something realistic?

24       A    A control statement doesn't have to be

25   something that's real.  It should be something    12:42:10

Page 110

```
 1    that's, as I mentioned before, relevant to the

 2    context.  You can think about it as something that

 3    might be plausible in the context, but it's

 4    definitely not something that's real.

 5            And we have to remember what the purpose is      12:42:25

 6    of the control statement; it's to identify things

 7    that are not communicated.  So it can't be anything

 8    real.

 9            And so the -- the question is how far we're

10    going to get away from things that are communicated.   12:42:39

11    But it -- it's definitely not something real.  It's

12    something that's not out of context, either, though.

13        Q    And something -- something plausible; right?

14        A    It depends what we mean by "plausible."

15        Q    What did you mean when you said, "you can      12:42:58

16    think about it as something that might be plausible

17    in the context"?

18        A    Well, if you mean by "plausible" that it has

19    to be something real, then I wouldn't agree with

20    you, but if you mean by "plausible" it looks like     12:43:10

21    the other items, it's of the same construction, it's

22    of the same grammar, it deals with the same context,

23    it's not -- it's not wildly -- it's not ridiculous

24    on its face, but -- it's not going to be something

25    that's real.                                          12:43:35
```

Page 111

1    cash or require a personal check, for whatever

2    reason.  I've dealt with that in real life.

3        Q    Recently?

4        A    I'm sure.  I -- I -- yes, I believe so.

5        Q    Did you do any research in this case as to        12:47:53

6    whether there are dolls that you can only buy with

7    cash or a personal check?

8        A    No.  But -- but that's -- remember what we're

9    trying to do here.  What we're trying to do here is

10   identify a statement that consumers should not         12:48:08

11   believe is communicated by the posts that they --

12   that they viewed.

13           And so whether or not there are dolls where

14   you must mail cash or a personal check is not

15   relevant.  What's -- what's relevant is whether or      12:48:22

16   not this statement is communicated by this

17   particular ad.

18       Q    Well, whether or not there are dolls where

19   you must mail cash or a personal check, isn't that

20   relevant as to whether there's any possibility that     12:48:44

21   people are going to pick that answer?

22       A    Well, we know some people picked that answer.

23   We can look at the survey results and see that there

24   was a percentage of people who picked that answer

25   and a percentage of people who picked "you can't        12:48:59

Page 115

1    survey with an adult present?

2        A   Correct.

3        Q   Okay.  And children as young as six years

4    old?

5        A   Correct.                                    12:50:20

6        Q   Okay.  When you were designing this, did you

7    consider whether children of that age would know

8    what a personal check is?

9        A   There is a "don't know" option for this

10   response.  So if -- if they don't know what a        12:50:32

11   personal check is, they can indicate that in the

12   context of the survey.

13       Q   So when you were designing this, did you

14   consider whether children of that age would know

15   whether -- what a personal check is?                 12:50:52

16       A   I guess I'd answer this in general, which is

17   to say that the -- the survey is using simple words.

18   There's no complicated words in the context of the

19   survey.

20           I would also say that it's possible that a    12:51:06

21   six-year-old might or might not know what a personal

22   check is, and if they don't, they can select "I

23   don't know" in response to that particular item in

24   question 7.

25       Q   When you were coming up with the -- these     12:51:17

                                            Page 117

```
 1    It's in a different context, but I've tried to buy

 2    certain kinds of light bulbs online that were not

 3    allowed to be shipped to me in California.

 4        Q   I wonder if that's due to, like, a regulation

 5    or something.                                          12:52:44

 6            So -- but you don't know, one way or another,

 7    if there's dolls out there that cannot be shipped to

 8    California; right?

 9        A   Correct.

10        Q   In addition to the control statements for the  12:52:55

11    advertising communications survey, you also used

12    control videos; right?

13        A   Correct.

14        Q   And are those something you would refer to as

15    external controls?                                     12:53:16

16        A   Yes.

17        Q   And the statements you would refer to as

18    internal controls?

19        A   Yes.

20        Q   Okay.  In designing and conducting            12:53:20

21    advertising communications surveys over your

22    careers, have you designed one that included both an

23    internal and an external control before?

24        A   Yes.

25        Q   Is that something that you do as a matter of   12:53:41
```

Page 119

1    that, may perceive some kind of affiliation or

2    connection between them.

3        Q    And what is the basis for your opinion that

4    consumers may look at the dolls and perceive some

5    similarity between the dolls and Roblox?  Is it          02:12:55

6    just -- is it these customer reviews?

7        A    It's just the reviews.

8        Q    Okay.  And how did you gather these reviews?

9        A    They were provided by counsel.

10       Q    Okay.  Did you do any independent research on   02:13:09

11   reviews of the My AvaStars dolls?

12       A    No.

13       Q    Okay.  Did you ask anybody at MMR to do any

14   research on reviews of the My AvaStars dolls?

15       A    No.                                             02:13:22

16       Q    Okay.  In the course of your work on this

17   case, other than the reviews you refer to here in

18   paragraph 119, did you review any other reviews of

19   the My AvaStars dolls?

20       A    I may have seen additional reviews beyond the   02:13:47

21   reviews that are listed here.

22       Q    Okay.  But you don't specifically recall

23   whether you did or not?

24       A    I believe that I saw more reviews than are

25   listed here.                                             02:14:04

Page 145

1      Q   Okay.  Would those be cited in your report

2   somewhere?

3      A   No.

4      Q   Okay.  So you didn't -- so if you saw

5   additional reviews, you did not consider or rely on      02:14:14

6   them in forming your opinions?

7      A   No.  Because these are the ones that I felt

8   were -- that's correct.  These are the ones that

9   were relevant to the point that I was making, which

10   is that some consumers may perceive some similarity      02:14:27

11   and, based on that, may -- may perceive an

12   affiliation or connection.

13      Q   Do you have any idea as to whether the

14   reviews that you cite are representative of reviews

15   in general for the dolls?                                02:14:48

16      A   No, I'm not arguing that these are

17   representative.  I'm just -- I'm just saying that at

18   least some reviews indicate that some consumers

19   perceive some similarity and perceive an affiliation

20   or connection.                                           02:15:03

21          I'm not arguing that these are rep- -- I'm

22   not opining that these are representative or that

23   I've gathered a representative sample.

24      Q   But -- and the reviews that you cite in

25   Exhibit 13 to your report -- let's go there first.       02:15:22

                                                    Page 146

1    or connection based on perceived similarity.

2         So they're simply commenting that they look

3    similar, and based on that, they're -- that that's

4    the nature of the affiliation or connection that

5    they're perceiving.                              02:17:25

6    Q    And in paragraph -- so in your report, when

7    you say that these reviews indicate that some

8    consumers perceive an affiliation or connection

9    between My AvaStars dolls and Roblox, based on

10   perceived similarity between My AvaStars dolls and   02:17:54

11   Roblox's asserted trade dress, you're referring to a

12   similarity between the physical appearance of the

13   My AvaStars dolls and Roblox's trade dress; right?

14   A    Correct.

15   Q    Okay.  And so is it your opinion that these     02:18:07

16   customer reviews are referring to a similarity

17   between the physical appearance of My AvaStars and

18   Roblox's trade dress?

19   A    I guess -- what I say in my report is that

20   there's perceived similarity and -- between the      02:18:29

21   dolls and Roblox's trade dress.  And so these

22   reviews are referring to elements that Roblox

23   asserts makes My AvaStars look like Roblox.

24        And so they're perceiving an affiliation or

25   connection, that's what I say in paragraph 118, and   02:18:55

                                        Page 148

```
 1    that affiliation or connection is based on some type
 2    of perceived similarity, but I -- I don't -- just to
 3    be clear, I can't say in every case that the
 4    similarity is only based on physical appearance, if
 5    that's your question.                              02:19:19
 6       Q   Okay.  Yeah, my -- my question was just to
 7    clarify, in -- in your report, where you're citing
 8    these customer reviews as support, whether you're
 9    citing them as support for the idea that consumers
10    perceive a similarity between how the My AvaStars    02:19:42
11    dolls physically look and what Roblox's asserted
12    trade dress is.
13       A   I --
14       Q   I'm just trying to understand -- I'm just --
15    I'm just trying to understand if that's what your    02:19:53
16    opinion is.
17       A   Your statement has three words that I don't
18    have in my statement, which -- maybe it's four
19    words -- but based on how they look is what you
20    said, the similarity is based on how they look.      02:20:06
21          And -- and I've just said that -- in my
22    report, in paragraph 118, I -- I think the text is
23    plain, I don't want to -- these are not
24    representative.  These were provided by counsel.  I
25    don't want to overstate what they represent.         02:20:19
```

Page 149

```
1    reasons that I've talked about before, and

2    unnecessary.  And that's the same reason why the

3    advertising communications survey doesn't have a

4    filter question.

5        Q    Thank you.                              03:11:29

6            I think you referenced that it's possible to

7    conduct the advertising communications and

8    materiality in a single survey, theoretically;

9    right?

10       A    Theoretically.                          03:11:46

11       Q    Okay.  Have you done that before?

12       A    I likely have at some point.  I can't

13   remember an example.  The way that I think about

14   communications and materiality is I think about

15   them -- I think about three discrete sets of issues  03:12:04

16   in these kinds of matters.

17           There's one set of issues about what messages

18   are communicated.  There's another set of issues

19   about whether those messages are true or not true,

20   and that's the issue that we talked about this      03:12:15

21   morning that I'm not providing an opinion on.  And

22   then there's a third set of issues around whether

23   those messages are material.

24           I'm taking the first and the third of those

25   issues, and I've got one survey for the first of    03:12:27
```

Page 178

```
1    what those would have looked like.

2        Q    And in the question 8 in your mater- --

3    materiality survey, which is the purchasing

4    question, you're relying there on respondents

5    self-reporting about what would have impacted their    03:24:33

6    purchasing behavior; right?

7        A    Correct.

8        Q    Okay.  And is that generally how you

9    structure your materiality surveys?

10       A    Yes.                                            03:24:47

11       Q    Okay.  Is there anything about relying on

12   self-reported purchasing behavior that you're

13   concerned about when designing these surveys?

14       A    Not any more than anywhere else.

15            I mean, everything in the survey is           03:25:04

16   self-reported.  Everything in both surveys is

17   self-reported.

18            When I ask people about messages that would

19   be communicated, that's self-reported.  Everything,

20   everywhere, is -- is self-reported.                    03:25:14

21       Q    But in the purchasing question, you're --

22   it's not only self-reported, but they're -- you're

23   asking them, if you were shopping for a doll,

24   whether the information would make you more likely

25   or less likely to purchase it, which is a              03:25:31
```

Page 187

1    your ultimate conclusion in paragraph 165?

2        A    Those net percentages are in the range that's

3    typically taken as -- that I believe in -- in most

4    cases would be taken as indicating that the

5    percentage is substantial or significant.          03:35:42

6        Q    Is there a particular range of percentages in

7    this context that you would consider substantial or

8    significant?

9        A    Well, it depends on the survey and on what

10   we're looking at in the survey.                    03:36:03

11           But if -- if we come back to 164, I've got a

12   whole series of net percentages; right?  There's two

13   net percentages in item 1 on page 66.  There's two

14   net percentages in item 2.  And then there's 16 net

15   percentages in items 3 and 4.  So the total number   03:36:27

16   of net percentages is 20; right?  And there's 20 net

17   percentages provided in items 1, 2, 3 and 4 in

18   paragraph 164.  And so one needs to consider the

19   entire series of net percentages.

20           But -- and to answer your question a little   03:36:49

21   more directly, the net percentage that's typically

22   indicated -- or typically taken is indicating a

23   significant or substantial measure is generally

24   20 percent or higher and oftentimes in the range of

25   15 percent, depending on the context, is taken as    03:37:11

                                              Page 194

1    indicating a substantial or significant percentage

2    in advertising communications surveys.

3         But again, we have to consider the fact that

4    we have 20 measures, not just one in this particular

5    survey.                                                03:37:27

6    Q    Are you putting forth an opinion in this case

7    as to whether any of the individual net percentages

8    in paragraph 164 are substantial or significant?

9    A    I believe that all of the net percentages in

10   my survey, in my advertising communications survey,    03:37:51

11   are substantial or significant, the ones that I've

12   cited in paragraph 164, and -- with the possible

13   exception of -- there's a 9.7 percent.  So out of

14   the -- the 20 in -- 20 net percentages that I

15   provided, there's one at the end of paragraph 3 --      03:38:14

16   I'm sorry -- Roman numeral III, on page 66, of 9.7

17   percent.  And so that one, if it was by itself,

18   would not be taken as indicating significance.

19        And then there's two in the middle of

20   paragraph 3, Roman numeral III, one at 13.8 percent     03:38:35

21   and 1 at 13.1 percent.

22        And so those -- by themselves, those three

23   measures out of the 20 are -- two of them are in the

24   range, I believe, where a court could decide either

25   way, and one of them is below the range that's          03:38:52

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    all four of the statements communicate or imply the

2    connection to Roblox, that's one, but are you also

3    offering -- planning to offer an opinion that any of

4    these percentages standing alone is substantial or

5    significant?                                    03:43:49

6          MS. BLANCO:  Objection to form.

7          But you can answer if you understand the --

8    the question.

9          THE WITNESS:  I'm offering an opinion that

10   based on the series of measures provided by the      03:44:00

11   survey, all four of these statements are

12   communicated, and the net result of that

13   communication or the -- the -- the end of result of

14   that communication is that the ads communicate or

15   imply that the My AvaStars dolls have a connection   03:44:16

16   to or affiliation with Roblox.

17         You're asking me about individual measures,

18   and I'm saying that one can't consider the

19   individual measures without considering the range of

20   measures that the survey provides.                  03:44:34

21         That 9.7 percent is below the range that if

22   it were by itself would be taken as indicating that

23   something is communicated to a substantial degree, I

24   believe.

25         And the 13.8 percent and the 13.1 percent are  03:44:48

                                                   Page 199

1    on the border, where it might or might not be taken,

2    if it was standing by itself, as indicating that

3    something was communicated to a substantial degree.

4         But for both of those measure- -- for all

5    three of those measures, the 13.8, the 13.1, and the    03:45:04

6    9.7 percent, I have another set of measures.

7         And so I can't -- I'm not considering those

8    by themselves because I didn't measure them by

9    themselves.  I measured them in conjunction with

10   other measures.                                          03:45:22

11        And so I believe that the statements that

12   they refer to, "this doll is made with permission

13   from Roblox" and "you can buy hair and clothes for

14   this doll in Roblox," are communicated by the ads

15   that I measured in my survey, and my opinion that      03:45:35

16   they are communicated is based on all of the net

17   percentages and not just -- not just the 9.7 percent

18   and not just the 13.8 percent and not just the 13.1

19   percent.

20        My survey provides a series of measures, and     03:45:51

21   it's necessary to consider all of them when coming

22   to conclusions about the survey.

23   BY MS. LEIDEN:

24        Q    Okay.  So you're not planning to offer an

25   opinion as to the individual measures, except in the   03:46:01

                                                    Page 200

1

2

3          I, the undersigned, a Certified Shorthand

4   Reporter of the State of California, do hereby

5   certify:

6          That the foregoing proceedings were taken

7   before me at the time and place herein set forth;

8   that any witnesses in the foregoing proceedings,

9   prior to testifying, were placed under oath; that a

10  record of the proceedings was made by me using

11  machine shorthand which was thereafter transcribed

12  under my direction; further, that the foregoing is

13  an accurate transcription thereof.

14         I further certify that I am neither

15  financially interested in the action nor a relative

16  or employee of any attorney of any of the parties.

17         IN WITNESS WHEREOF, I have this date

18  subscribed my name.

19  Dated: February 13, 2024

20

21

22

23  _____

          ALEXIS KAGAY

24        CSR NO. 13795

25

                                        Page 247