UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>        Plaintiffs,<br><br>       v.<br><br>WOWWEE GROUP LIMITED, et al.,<br><br>        Defendants. | Case No.  22-cv-04476-SI  (SI)<br><br>**THIRD AMENDED PRETRIAL<br>PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

HEARING ON ALL DAUBERT & DISPOSITIVE MOTIONS:  **6/20/2024** at 10:00 AM by Zoom webinar.
*The hearings currently set on 5/30/2024 will be heard on 6/20/2024.  Counsel are to email sicrd@cand.uscourts.gov by 6/12/2024 at 2 pm with attorney names to register for appearances.*

PRETRIAL PAPERWORK DUE:  11/5/2024.  *See Standing Order for form and content.*
PRETRIAL CONFERENCE DATE: 11/18/2024 at 1:30 PM in Courtroom 1, 17th Floor, San Francisco Courthouse.

JURY TRIAL & SELECTION DATE: December 2, 2024 at 8:30 AM.
      Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:


The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: May 14, 2024

                              _____
                              SUSAN ILLSTON
                              United States District Judge

United States District Court
Northern District of California