# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** June 20, 2024 | **Time:** 10:07 – 12:04<br>1 Hour 57 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 22-cv-04476-SI | **Case Name:** Roblox Corporation v. WowWee Group Limited | |

**Attorney for Plaintiff:** Andrew Gass, Sarah Ray, Elana Nightingale Dawson, Emma Eastwood-Paticchio

**Attorney for Defendant:** Michael Elkins, Jennifer Golinveaux, Diana Leiden, Thomas Kearney, Lisa Coutu

**Deputy Clerk:** Esther Chung              **Court Reporter:** Christine Coaly

## PROCEEDINGS

Motion for Summary Judgment (Dkts. 211-212)
Motions to Exclude Expert Testimony (Dkts. 214-221, 247)
 – *held via Zoom webinar.*

## SUMMARY

The Court notified the parties of the time limit for argument and hearing. The parties presented argument and rebuttal to the questions posed by the Court (Dkt. 318) and the Daubert motion.

The Motions were submitted.