UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>WOWWEE GROUP LIMITED, et al.,<br><br>    Defendants. | Case No. 22-cv-04476-SI<br><br>**FOURTH AMENDED PRETRIAL PREPARATION ORDER** |

In light of the complexity of this case, the Court advances the pretrial paperwork deadline to October 22, 2024. *See Standing Order for form and content.*

*Motions in limine* are due by October 22, 2024 and oppositions to *motions in limine* are due by October 29, 2024. Pursuant to the Court's standard pretrial instructions, replies are not required.

The Court also advances the pretrial conference date to November 12, 2024 at 1:30 PM in Courtroom 1, 17th Floor, San Francisco Courthouse. The pretrial conference shall be attended by trial counsel prepared to discuss all aspects of the case, including settlement.

The jury trial and selection date remains December 2, 2024 at 8:30 AM in Courtroom 1, 17th Floor.

**IT IS SO ORDERED**.

Dated: September 17, 2024

_____
SUSAN ILLSTON
United States District Judge