UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>WOWWEE GROUP LIMITED, et al.,<br><br>    Defendants. | Case No. 22-cv-04476-SI<br><br>**ORDER RE: MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Re: Dkt. No. 367 |

Defendants moved to remove incorrectly documents filed incorrectly on September 13, 2024. Dkt. No. 367. Defendants filed two expert reports—docket numbers 359-3 and 359-4—without redacting plaintiff's confidential material that had been previously ordered sealed by the Court. *See* Dkt. No. 330. Defendants incorrectly submitted the exhibits with only defendants' confidential material redacted. Defendants have resubmitted the exhibits with the previously approved redactions. Dkt. Nos. 368 [sealed] and 369 [unsealed and redacted].

The Court does not remove documents from the docket, but the Court will treat the motion to remove incorrectly filed documents as a motion to seal. The Court orders docket numbers 359-3 and 359-4 sealed in their entirety.

**IT IS SO ORDERED**.

Dated: October 1, 2024

_____
SUSAN ILLSTON
United States District Judge