# ATTACHMENT 3

# OBJECTION KEY TO EXHIBIT LISTS AND DESIGNATIONS

*Roblox Corporation v. WowWee Group Limited et al.*, Case No. 3:22-cv-04476-SI
Objection Legend

## OBJECTIONS

| Code | Objection |
|---|---|
| 408 | Settlement Communication |
| A | Authenticity (Rules 901, 902) |
| A/C | Attorney-Client Privilege and/or Work Product Doctrine |
| B | Best Evidence (Rules 1002-03) |
| Bates | Incorrect or Missing Bates Range |
| Dupe | Duplicative |
| F | Lack of Personal Knowledge / Foundation (Rule 602) |
| H | Hearsay (Rules 801, 802, 805) |
| I | Incomplete/Rule of Optional Completeness (Rule 106) |
| LP | Admissible for Limited Purpose Only |
| MIL | Subject to Motion *in Limine* or *Daubert* Motion |
| N | Not Properly Identified or Disclosed |
| P | Prejudice, Misleading, Confusion of Issues, Duplicative, and/or Cumulative (Rule 403) |
| Q | Poor Quality, Illegible, or Unclear |
| R | Relevance (Rules 401, 402) |

## ADDITIONAL OBJECTIONS SPECIFIC TO DEPOSITION DESIGNATIONS

| Code | Objection |
|---|---|
| 701/702 | Improper Opinion (Rule 701/702) / Lay Opinion |
| AA | Asked and Answered |
| AF | Assumes Facts Not In Evidence |
| ARG | Argumentative |
| C | Compound |
| CQ | Colloquy |
| IH | Improper or Incomplete Hypothetical |

*Roblox Corporation v. WowWee Group Limited et al.*, Case No. 3:22-cv-04476-SI
Objection Legend

| Code | Objection |
|---|---|
| L | Leading |
| LC | Legal Conclusion |
| MIS | Mischaracterizes/Misstates Testimony |
| NA | No Answer Designated |
| NQ | Not a Question |
| NR | Non-responsive |
| NT | Not Testimony or Evidence |
| SCOPE | Outside Scope (of 30(b)(6) topic or original designation) |
| SPEC | Speculation |
| V | Vague |