LATHAM & WATKINS LLP
   Andrew M. Gass (Bar No. 259694)
    *andrew.gass@lw.com*
   Sarah M. Ray (Bar No. 229670)
    *sarah.ray@lw.com*
   Emma C. Eastwood-Paticchio (Bar No. 330059)
    *emma.eastwood-paticchio@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

   Elana Nightingale Dawson (*pro hac vice*)
    *elana.nightingaledawson@lw.com*
   Rachel L. Weiner Cohen (*pro hac vice*)
    *rachel.cohen@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.2200

   Allison S. Blanco (Bar No. 287554)
    *allison.blanco@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: +1.213.485.1234

*Attorneys for Plaintiff Roblox Corporation*

[*Additional counsel on signature page*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>WOWWEE GROUP LIMITED, WOWWEE CANADA, INC., WOWWEE USA, INC., and GRAMPS GOODS, INC.,<br><br>    Defendants. | Case No. 3:22-cv-04476-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**<br><br>Honorable Susan Illston<br><br>Trial Date:    December 2, 2024 |

|   |   |
|---|---|
| 1 | Plaintiff Roblox Corporation and Defendants WowWee Group Limited, WowWee Canada, Inc., WowWee USA, Inc., and Gramps Goods, Inc. (collectively, the "Parties"), by and through counsel, entered into a confidential settlement agreement ("Agreement").  The Parties hereby jointly stipulate that the Court will retain jurisdiction to enforce the terms of that Agreement, and each party will bear its own attorneys' fees, costs, and expenses.  The Parties further conditionally stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal of all claims with prejudice.  That conditional stipulation shall become effective immediately if and when the Court enters the accompanying Proposed Order retaining jurisdiction over the Agreement.  *See Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012). |

**IT IS SO STIPULATED AND AGREED.**

Dated: November 8, 2024

<div style="display: flex;">
<div>

LATHAM & WATKINS LLP

By: */s/ Andrew M. Gass*
    Andrew M. Gass (Bar No. 259694)
     andrew.gass@lw.com
    Sarah M. Ray (Bar No. 229670)
     sarah.ray@lw.com
    Emma C. Eastwood-Paticchio (Bar No. 330059)
     emma.eastwood-paticchio@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, California 94111
    Telephone: +1.415.391.0600

    Elana Nightingale Dawson (*pro hac vice*)
     elana.nightingaledawson@lw.com
    Rachel L. Weiner Cohen (*pro hac vice*)
     rachel.cohen@lw.com
    555 Eleventh Street, NW, Suite 1000
    Washington, DC 20004
    Telephone: +1.202.637.2200

    Allison S. Blanco (Bar No. 287554)
     allison.blanco@lw.com
    355 South Grand Avenue, Suite 100
    Los Angeles, California 90071
    Telephone: +1.213.485.1234

    Melanie J. Grindle (Bar No. 311047)
     melanie.grindle@lw.com
    12670 High Bluff Drive
    San Diego, California 92130
    Telephone: +1.858.523.5400

*Attorneys for Plaintiff Roblox Corporation*

</div>
<div>

WINSTON & STRAWN LLP

By: */s/ Jennifer A. Golinveaux*
    WINSTON & STRAWN LLP
    Michael S. Elkin (*Pro Hac Vice*)
     MElkin@winston.com
    200 Park Avenue
    New York, NY 10166-4193
    Telephone:   (212) 294-6700

    Jennifer A. Golinveaux (SBN: 203056)
     JGolinveaux@winston.com
    Thomas J. Kearney (SBN: 267087)
     TKearney@winston.com
    101 California Street, 35th Floor
    San Francisco, CA 94111-5840
    Telephone:   (415) 591-1000

    Diana Hughes Leiden (SBN: 267606)
     dhleiden@winston.com
    333 South Grand Avenue, 38th Floor
    Los Angeles, CA 90071-1543
    Telephone:   (213) 615-1700

BEDNAREK LEGAL, PLLC
Michael D. Bednarek (*Pro Hac Vice*)
  michael@bednareklegal.com
1100 N. Glebe Road, Suite 1010
Arlington, VA 22201
Telephone: (202) 997-1665


*Attorneys for Defendants WowWee GROUP LIMITED, WowWee CANADA, INC., WowWee USA, INC., and GRAMPS GOODS, INC.*

</div>
</div>

**[PROPOSED] ORDER**

Plaintiff Roblox Corporation and Defendants WowWee Group Limited, WowWee Canada, Inc., WowWee USA, Inc., and Gramps Goods, Inc. (collectively, the "Parties"), by and through counsel, have entered into a confidential settlement agreement ("Agreement"), have stipulated that this Court shall retain jurisdiction over the Agreement, and this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure upon entry of this Order, with each party bearing its own attorneys' fees, costs, and expenses.

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED this Court shall retain jurisdiction over the Agreement and the case is DISMISSED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 12, 2024    By: _____
                                  THE HONORABLE SUSAN ILLSTON
                                  United States District Judge